UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RIFLE ASSOCIATION, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-01046 KJM CKD P<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 21, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

　　　　The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The August 21, 2023 findings and recommendations are adopted in full;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied; and

3. Plaintiff is ordered to pay the $402 filing fee within fourteen days. Failure to comply with this order will result in dismissal.

DATED: September 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE