UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER,  Plaintiff,  v.  NATIONAL RIFLE ASSOCIATION, et al.,  Defendants. | No. 2:23-cv-01046 KJM CKD P  ORDER |

On September 26, 2023, the court ordered that plaintiff pay the $402 filing fee for this action within 14 days. Plaintiff was warned that failure to pay the filing fee within fourteen (14) days would result in dismissal. Plaintiff has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this case is dismissed.

DATED: December 21, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28